# Court of Appeals
## of the State of Georgia

ATLANTA,    June 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0565. KOMATSU AMERICA CORP. et al. v. YOUNG et al.**

Upon consideration of the APPELLANT'S MOTION TO WITHDRAW APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/04/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*